Cite as 2025 Ark. 220

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ADOPTION OF ARKANSAS SUPREME COURT ADMINISTRATIVE ORDER NO. 25. ARTIFICIAL INTELLIGENCE | **Opinion Delivered:** December 11, 2025 |

**PER CURIAM**

On June 5, 2025, we published for comment a proposed Administrative Order No. 25: Artificial Intelligence. It specifically addressed the use of generative artificial intelligence with confidential court data. *See In re Creation of Ark. Sup. Ct. Admin. Order No. 25*, 2025 Ark. 117 (per curiam). The comment period closed without substantive comments.

The court adopts Administrative Order No. 25 as provided below effective immediately.

**Order 25. Artificial Intelligence.**

**Section 1. Awareness.**

Everyone participating in the court system must be mindful of the following when entering client or court data into any electronic system that generates responses or uses generative artificial intelligence (GAI):

(a) Certain GAI tools retain the data submitted into their system and use it to keep building their large language models (LLM), or what you would consider their database.

(b) Anyone who enters confidential or sealed information into a GAI should determine whether the system is retaining and using the confidential or sealed data. A public LLM is accessible to anyone and usually hosted by a third party (like OpenAI's GPT or Anthropic's Claude). A private LLM is deployed and controlled by an organization and operated on its own infrastructure or cloud account.

(c) Anyone who either intentionally or inadvertently discloses confidential or sealed information related to a client or case may be violating established rules, some examples are:

(1) Arkansas Supreme Court Administrative Order No. 19, which limits access to certain court records and data;

(2) the Arkansas Code, which has many statutes that limit access to certain court records and data;

(3) the Arkansas Rules of Professional Conduct;

(4) the Arkansas Code of Judicial Conduct;

(5) the various applicable Rules of Procedure; and

(6) the many other rules governing other court staff—for example, court reporters.

## Section 2. Prohibition.

The Administrative Office of the Courts is responsible for maintaining several court management systems for our state courts including case management, electronic filing, online payment, jury management, and others.

(a) The following are prohibited from intentionally exposing our state courts' internal data to a GAI that is using a public LLM:

(1) Administrative Office of the Courts staff;

(2) All clerks of the courts and their staff (district, circuit, and appellate); and

(3) Anyone else with access to internal CourtConnect.

(b) Research and Analysis. Anyone subject to the prohibition in Section 2 may request the approval of the Supreme Court's Automation Committee to engage in a research and analysis project related to the use of generative AI tools and general AI for the benefit of our courts.

(c) The CIS Division is allowed to engage in research and analysis related to the use of generative AI tools and general AI for the benefit of our courts.